Shellie Lott, SBN:    246202

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILHELMINA TRIMBLE,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>          Defendant. | No. 2:13-CV-01778-EFB<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of June 20, 2014, by twenty-one days, to the new response date of  July 11, 2014, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

1

1  DATED: June 11, 2014                    BENJAMIN B. WAGNER
                                           United States Attorney
2                                          DONNA L. CALVERT
                                           Regional Chief Counsel, Region IX
3

4

5  */s/ Shellie Lott*                      */s/ Brenda M. Pullin*
   SHELLIE LOTT,                           BRENDA M. PULLIN,
6  Attorney for Plaintiff                  (As authorized via E-mail on 06/11/14)
                                           Special Assistant U S Attorney
7                                          Attorneys for Defendant

8

9        Pursuant to the stipulation of the parties showing good cause for a requested first

10 extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the

11 request is hereby APPROVED.

12       Plaintiff shall file her Reply on or before July 11, 2014.

13       SO ORDERED.

14 DATED: June 12, 2014.

15                                         _____
                                           EDMUND F. BRENNAN
16                                         UNITED STATES MAGISTRATE JUDGE

2